UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NUMBER 10-61986-CIV-O'SULLIVAN

[CONSENT]

BILTMORE MANSIONS CONDOMINIUM
ASSOCIATION INC.,

    Plaintiff,

v.

QBE INSURANCE CORPORATION

    Defendant.
_____/

## ADMINISTRATIVE ORDER CLOSING CASE

THIS CAUSE came before the Court following a status hearing on March 16, 2011. After carefully considering the parties' arguments and for the reasons stated at the status hearing, it is

ORDERED AND ADJUDGED that this case is **STAYED** pending a decision by the Florida Supreme Court in QBE Ins. Corp. v. Chalfonte Condo. Apt. Ass'n, Inc., Case No. SC 09-411 (Fla.). The Clerk of the Court is **DIRECTED** to mark this case **CLOSED** for statistical purposes only and all pending motions are **DENIED** as moot. The Court nonetheless retains jurisdiction and the case shall be restored to the active docket upon Court order following motion of a party. This Order shall not prejudice the rights of the parties to this litigation.

DONE AND ORDERED in Chambers at Miami, Florida this **16th** day of March, 2011.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies to:
All counsel of record